| | |
|---|---|
| RONALD LEE ROSS,<br><br>          Plaintiff,<br><br>     vs.<br><br>MR. MIKE HETTICHER, Local President, American Postal Workers Union, Local 1056,<br><br>          Defendant. | Case No:  C 08-4534 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

   This Court previously ordered Plaintiff to set up a telephonic Case Management Conference for May 27, 2009 at 3:30 p.m.  However, Plaintiff failed to comply with this Order.

   In addition, it appears from the record that Plaintiff has not complied with Federal Rule of Civil Procedure 4(m), which requires that service of process be effectuated on the Defendant within 120 days after the filing of the complaint.  This rule states:

> If service of the summons and complaint is not made on a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, <u>shall dismiss the action</u> without prejudice as to that defendant or direct that service be effected within a specified time; provided that if plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

(Emphasis added).

   Inadvertent error or ignorance of the governing rules does not establish good cause.  See Townsel v. County of Contra Costa, 820 F.2d 319, 320 (9th Cir. 1987).  Moreover, dismissal is mandated even where the dismissal eliminates the plaintiff's cause of action.  Wei v. Hawaii, 763 F.2d 370, 372 (9th Cir. 1985) (claim dismissed notwithstanding that its refiling would be barred by the statute of limitations).

In the instant case, plaintiff filed his pro se complaint on September 29, 2008. Under Rule 4(m), the last day to effect service was January 27, 2009. However, as of the date of this Order, there is no indication in the Court file that Plaintiff has properly served the Complaint on the Defendant. The failure to comply with the Federal Rules of Civil Procedure or any order of the court is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b). <u>Ferdick v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992).

Accordingly,

IT IS HEREBY ORDERED THAT:

(1) The parties shall appear in this Court on <u>July 1, 2009 at 4:00 p.m.</u> (by telephone) to show cause why this case should not be dismissed and/or sanctions should not be imposed for lack of prosecution and/or failure to comply with Rule 4(m). Plaintiff shall be responsible for filing the Certificate of Counsel, as set forth below, as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

(2) At least ten (10) days prior to the date specified for the court appearance, Plaintiff must file a Certificate of Counsel with the Clerk of the Court to explain why the case should or should not be dismissed and why sanctions should or should not be imposed for lack of prosecution and/or failure to comply with Rule 4(m). The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(3) Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS UPON WHICH TO DISMISS THE ACTION.

Dated: May 28, 2009

                                      Hon. Saundra Brown Armstrong
                                      United States District Judge

**1** UNITED STATES DISTRICT COURT FOR THE
**2** NORTHERN DISTRICT OF CALIFORNIA

**3**
ROSS et al,
**4**
       Plaintiff,
**5**
  v.
**6**
HETTICHER et al,
**7**
       Defendant.
**8** _____/

**9**
                                              Case Number: CV08-04534 SBA
**10**
                                              **CERTIFICATE OF SERVICE**
**11**

**12** I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
**13**
That on June 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
**14** copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
**15** located in the Clerk's office.

**16**

**17**
Ronald Lee Ross
**18** 725 Walnut Drive
Rio Dell, CA 95562
**19**
Dated: June 1, 2009
**20**                                           Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**