1
2                    UNITED STATES DISTRICT COURT
3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                              OAKLAND DIVISION

5
6  RONALD LEE ROSS,                        Case No: C 08-4534 SBA

7         Plaintiff,                       **ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

8      vs.                                 Docket 22

9  MR. MIKE HETTICHER, Local President,
   American Postal Workers Union, Local 1056,
10
          Defendant.
11

12      Plaintiff has filed a pro se motion for default judgment on the ground that Defendant served

13  his Answer without a certificate of service.  No default has been entered by the Clerk nor has

14  Plaintiff noticed his motion consistent with the Local Rules.  The Court has previously warned

15  Plaintiff although he is representing himself in this action, he is expected to comply with all

16  applicable procedural rules. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).  Plaintiff is

17  again warned that the failure to comply with the orders and rules of this Court may be considered

18  grounds for dismissal of the action, with prejudice.  See Ghazali v. Moran, 46 F.3d 52, 53-54 (9th

19  Cir. 1995); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992).  Accordingly,

20      IT IS HEREBY ORDERED THAT Plaintiff's motion for default judgment (Docket 22) is

21  DENIED.

22      IT IS SO ORDERED.

23  Dated: September 1, 2009            _____
                                         SAUNDRA BROWN ARMSTRONG
24                                       United States District Judge

25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROSS et al,

        Plaintiff,

  v.

HETTICHER et al,

        Defendant.
                                        /

Case Number: CV08-04534 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Lee Ross
725 Walnut Drive
Rio Dell, CA 95562

Dated: September 2, 2009
                                    Richard W. Wieking, Clerk

                                    By: LISA R CLARK, Deputy Clerk