```
 1
 2                        UNITED STATES DISTRICT COURT
 3                       NORTHERN DISTRICT OF CALIFORNIA
 4
       ROSS,                          )        No. C08-04534 SBA
 5                  Plaintiff,        )
                                      )        ORDER DISMISSING ACTION
 6          vs.                       )
                                      )
 7      HETTICHER ET AL,              )
                                      )
 8                  Defendant.        )
                                      )
 9     _____)
10
11          The Court having been notified of the settlement of
12     this action, and it appearing that no issue remains for the
13     Court's determination,
14           IT IS HEREBY ORDERED THAT this action and all claims
15     asserted herein are DISMISSED.
16
17           IT IS SO ORDERED.
18     DATED:9/14/09
19                                    _____
                                         /s/ Saundra B Armstrong
20                                       SAUNDRA BROWN ARMSTRONG
                                         United States District Judge
21
22
23
24
25
26
27
28
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROSS et al,

   Plaintiff,

 v.

HETTICHER et al,

   Defendant.

Case Number: CV08-04534 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Lee Ross
725 Walnut Drive
Rio Dell, CA 95562

Dated: September 14, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2